GRENVILLE A. SMITH, Appellant, *v.* JOHN E. MARSH et al., Respondents.

*Smith* v. *Marsh*, 111 App. Div. 913, affirmed.
(Argued November 28, 1906; decided December 18, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 29, 1906, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action of ejectment to recover an undivided share of certain lands.

*Clarence L. Barber, Peter A. Hendrick* and *James A. Deering* for appellant.

*Theodore De Witt* for respondents.

Judgment affirmed, with costs, on authority of *Van Winkle* v. *Van Winkle* (184 N. Y. 193).

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: O'BRIEN, J